UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMRANJIT SINGH,

　　　　　Petitioner,

　　v.

PAMELA BONDI, et al.,

　　　　　Respondents.

No.  1:26-cv-00396-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 1, 7, 11, 13, 15)

Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2026, the magistrate judge filed findings and recommendations which were served on petitioner and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 13.  No party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record

/////

1

and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 13) are ADOPTED in full;

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3.  Respondents' motion to dismiss (ECF No. 11) and request to stay this matter are DENIED;

4.  Petitioner's motions for judgment (ECF Nos. 7, 15) are DENIED as having been rendered moot by this order;

5.  Respondents are ordered to IMMEDIATELY RELEASE Petitioner Simranjit Singh, and are ordered to provide petitioner with a copy of the release order at or near the time of release;

6.  Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified; and

7.  The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **February 28, 2026**

Dena Coggins
United States District Judge

2